■ GREGG C. TWEEDY, Respondent, v BONNIE CASTLE YACHT BASIN, INC., Appellant. (Appeal No 1.) [899 NYS2d 713]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered May 18, 2009 in a breach of contract action. The order granted plaintiff's motion to settle the form and content of the judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Coastal Oil N.Y. v Diversified Fuel Carriers Corp.*, 303 AD2d 251, 251-252 [2003], *lv denied* 100 NY2d 512 [2003]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.